Gordon Charles
   vs
Michelle Morancy
Orlando Police Department
City of Orlando

**4:21cv302RH-MAF**

(1) I met Michelle Morancy at Orlando Court House
(2) I found out Michelle would be sleeping in her car with her daughter of 9 years old
(3) Gordon Charles rented a room to Michelle Morancy so she wouldn't sleep in the car with her daughter.
(4) Gordon Charles calls police because Michelle Ashley Morancy refuses to complete lease
(5) Police arrive and do nothing at all & advise that it is a civil matter & they can't evict her
(6) A couple of weeks later Gordon Charles calls police because Michelle Morancy is Beating her daughter every night.
(7) Neighbors complain that the noise from abuse is Horrifying
(8) Police is called and once again do not arrest
(9) Gordon Charles is not paid or allowed to put Michelle Morancy out.
(10) Michelle Morancy refuses to pay rent and attacks Gordon Charles scratching him in face & punching him in the Head.
(11) Once again Police is called & they do nothing Police advice Gordon Charles to let her stay because of COVID 19 & she has a daughter

(13) Gordon Charles lets police know that there is 9mm pistol in room safe owned by Brittany Ramey & needs to be removed because Michelle Morancy has access to rooms in Home.

(14) Weapon is not taken by Police & Michelle Morancy is once again NOT Arrested.

(15) Gordon Charles goes to Orlando Court to Evict Brittany Michelle Ramey & Ashley Michelle Morancy.

(16) Eviction office closed because of COVID 19 & Gordon does not have $350.00 fee to evict.

(17) Police advice Gordon Charles He can not remove the locks or put Michelle Morancy out.

(18) Orlando police show up to 714 Jernigan Ave Orlando, FL to serve civil warrant for FTA

(19) Serveral months prior to this date Gordon Charles was pulled over & Orlando police did not give him a ticket

(20) Orlando police officer adviced Gordon Charles that his name was taken & He would recieve a notice.

(21) Police took picture of Gordon Charles Florida drivers licence

(22) Gordon Charles never recieved notice.

(23) FTA warrant was issued after Gordon Charles did not show up to a court date he never knew about

24) After Arrest of Gordon Charles for civil traffic infraction Gordon finds out notice was sent to address on I.D and not to the home he just leased.

25) The miami address was no longer used by Gordon because he moved to Orlando, FL

26) Clerk of court changes address and gives Gordon Charles credit for time served in jail for traffic infraction

27) While in the House prior to arrest for FTA warrant Michelle Morancy goes outside & tells police she was hostige & Gordon Charles had a gun to her head.

28) Police go into home & arrest Gordon Charles.

29) While Gordon is in Police car, The Orlando police department tell Brittany M. Rainey that she has to give the key to her room or she will be arrested & they will "battle Ram" the Door

30) Brittany M. Rainey is not read her rights. Brittany is scared to go to jail.

31) Cameras recorded the incident on Home security system

32) Camera reciever dock destroyed by police

33) Search Warrant to enter home was recieved under false pretense. Sgt Richards lied to get a warrant to search to judge. Affidavit for warrant was obtained with false information.

34) Gordon is still in police car waiting transport.

35) Brittany M. Rainey gives police they her key.
36) She advised to police the gun is hers & she has permit & reciept
37) Police ask Brittany M. Rainey for key to her room.
38) Brittany is the only person with the key to her room.
39) Brittany ask police for search warrant. Brittany M. Rainey is told to exit house until search is complete 11:00am
40) Ashley Michelle Morancy is asked for key to her room. She refuses to co-operate
41) Ashley Michelle Morancy is asked what happened in home; She refuses to comply
42) Michelle Morancy is ask to prosecute, she signs non-prosecution form instead
43) 2 hours later Brittany is shown a search warrant that was actually approved after Orlando Police entered home
44) Gordon Charles is charged 18 counts miliciously making it impossible to bond out.
45) No Bonds man in Orlando wants to Bond Gordon Charles out because its just to confusing to understand the counts of ammunition for 10 bullets
46) Bond finally set at $90,000 by judge
47) Exstremly excessive bond for FTA, Weapon, etc
48) Gordon finally Bonds out. Police have warrant for DNA, Same Department that charged him 18 counts

(49) DNA is taken by force, Gordon Charles is released

(50) Gordon is followed by police several times after release

(51) Gordon Charles calls police, Police do nothing.

(52) Gordon Charles is told by neighbor Roger that while Gordon was in jail, He witnessed Michelle Morancy break into home & steal Television 60 inch and safe, camera, etc

(53) Gordon Charles goes to police station to find out Brittany M. Rainey already put in a police report

(54) Michelle Morancy returns Television to Gordon Charles and apologize

(55) None of the other items are returned totaling $3017

(50) Michelle Morancy tries to move back in.

(51) Gordon Charles won't let her.

(52) Michelle Morancy attempts to break in home several more times. Orlando police is notified

(53) Michelle Morancy is recorded telling Brittany that she set up Gordon Charles because she was mad

(54) In a strange twist of events Gordon Charles finds out Brittany M. Rainey knew of the set up but didn't think Ashley Michelle Morancy was serious

(55) Gordon Charles advise police & makes

police report, Once again Nothing is done.

56) Gordon Charles googles Michelle Morancy & finds out she had a Warrant & was on probation

57) Gordon Charles goes to Probation office & finds out Michelle is having problems with probation & has been switching probation officers because she does not want them to know where she resides at.

58) Michelle Morancy New Probation officer advise Gordon that Michelle is very problematic & to stay away

59) Michelle Morancy come back to 714 Jernigan to apologize

60) Police once again take gordon Charles DNA

61) Several Days later Police corner Gordon Charles on bike & Arrest him for "No Reason"

62) Gordon Charles is called a Law breaker & put in handcuffed.

63) Gordon Charles is once again forced to give DNA

64) Police is called but nothing is done

65) A mechanic that Gordon Charles met through Michelle Morancy accuses Gordon Charles of A Battery with deadly Weapon

66) Gordon is Arrest by Sgt Richards once again and Michelle Morancy is on Scene recording

67) Gordon Charles is held "NO BOND"
68) While in jail Michelle Morancy breaks into home and takes everything
69) Gordon Charles is held in county jail

## Remedy

A) I just want my daughter back & god will eventually get this evil spirit

B) My Home that I work hard to pay for

C) lost wages $590.00 for every week I can't work

D) my job back at Taylor Farms processing plant

E) Apology from Police & Police Department

F) $760,000 in mental anguish

G) $1,000,000 pain & suffering

H) Restraing order from Michelle Morancy & Brittany M. Rainey

Gordon Charles 21015463
P.O BOX 4970
Orlando, FL 32802

ORLANDO FL 328
15 JUL 2021   PM 3

Southern District Civil Court United States
111 N Adams St.   ste 322
Tallahasee, FL 32301-7730

JUL 19 2021

32301-773097

This Correspondence Originated
from a Correctional Facility



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016