IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GORDON CHARLES,

    Plaintiff,

v.                                   CASE NO. 4:21cv302-RH-MAF

MICHELLE MORANCY et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

    As the report and recommendation correctly concludes, the plaintiff has not taken steps required to continue with this case. It bears noting, too, that the events alleged in the complaint occurred in the Middle District of Florida, and all the defendants are located there. If the plaintiff chooses to refile his claims, he should do so in the Middle District.

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 14, 2021.

s/Robert L. Hinkle<br>United States District Judge